**James MATTHEWS,
Plaintiff/Respondent,**

v.

**PRESIDENT RIVERBOAT CASINO–MISSOURI, INC., d/b/a President Casino on the Admiral, Defendant/Appellant.**

**No. ED 76735.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 17, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 29, 2000.

Application for Transfer Denied
Jan. 23, 2001.

Larry Darnell Hale, Law Office of Hale, St. Louis, for respondent.

Ann Elizabeth Buckley, William M. Corrigan Jr., The Law Office of Armstrong, Teasdale, Schlafly, Daivs & Dicus, St. Louis, for appellants.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

President Riverboat Casino Missouri (the Casino) appeals from judgments of $81,000 compensatory damages and $475,000 punitive damages entered on jury verdicts against the Casino on James Matthews' (Respondent) claim for False Arrest and Imprisonment.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).